TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | CIVIL ACTION NUMBER M-08-64 |
|---|---|
| Style | UNITED STATES OF AMERICA<br>VS.<br>1.65 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, STATE OF TEXAS; AND ARNULFO GUERRA, ET AL. |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |
| | Signed:<br>*[signature]*<br>Ricardo H. Hinojosa<br>United States District Judge |
| | Date: February 8, 2008 |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | **RANDY CRANE** |
| | MICHAEL N. MILBY<br>United States District Clerk |
| | By: *[signature]*<br>Deputy Clerk |